Lynda T Bui, Trustee
3550 Vine Street, Ste. 210
Riverside, CA 92507
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: Trustee.Bui@shbllp.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**TAMMI JEAN FORD, BARRY JAMES FORD,**<br><br>Debtors. | Case No.  6:25-bk-12390-SY<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARING ON MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**<br><br>[Order Approving Stipulation lodged currently herewith]<br><br>**<u>Current Hearing Date:</u>**<br>Date:  June 11, 2025<br>Time:  9:30 a.m.<br>Place: Courtroom 302<br>          United States Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501<br><br>**<u>Proposed New Hearing Date:</u>**<br>Date:  July 16, 2025<br>Time:  9:30 a.m.<br>Place: Courtroom 302<br>          United States Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

**Lynda T. Bui,**
**Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

Stipulation Continue Hrg Barry and Tammi Ford v2.docx
23085-000\95

This Stipulation to Continue the Hearing on Movant's *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 (with supporting declarations) (Real Property)* filed on May 15, 2025, docket no. 13 ("Motion") is entered into by Lynda T. Bui, solely in her capacity as the Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Tammi Jean Ford and Barry James Ford ("Debtors"), and the Movant Cenlar FSB as Servicer for United Wholesale Mortgage, LLC ("Movant") through its counsel of record.

## I.    RECITALS

1. The Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 15, 2025 ("Petition Date") in the United States Bankruptcy Court, Central District of California, Riverside Division, initiating Case No. 6:25-bk-12390-SY.

2. On their Schedule A/B, the Debtors, listed real property serving as their principal residence located at 29378 Old Wrangler Rd, Canyon Lake, CA 92587 (the "Property").

3. On their Schedule A/B, the Debtors valued the Property at $950,000.00. On Schedule D, the Debtors identify Movant as a secured creditors with a lien on the Property in the amount of $837,000. The Debtors are not claiming an exemption in the Property.

4. Movant holds a Note in the principal amount of $693,500.00, which is secured by a Deed of Trust relating to the Property. Movant's total claim as of May 18, 2025 is approximately $841,333.84, which includes the principal amount, accrued interest, late charges, costs, and advances.

5. Debtors failed to appear at Initial 341(a) Meeting of Creditors on May 22, 2025 and the meeting has been continued to June 11, 2025.

6. The Trustee needs additional time to determine if the Property can be administered to provide a meaningful distribution to creditors. Movant has agreed to continue the hearing to allow the Trustee an opportunity to examine the Debtors, obtain value from her Broker and determine if the Property can be marketed and sold.

**Lynda T. Bui,
Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

2

Stipulation Continue Hrg Barry and Tammi Ford v2.docx
23085-000\95

## II. AGREEMENT

Based on the foregoing, the Trustee and the Movant by and through its counsel, hereby stipulate and agree as follows:

1. The hearing on the Motion shall be continued from June 11, 2025 at 9:30 a.m. to **July 16, 2025 at 9:30 a.m.**, or as is convenient for the Court's calendar ("New Hearing Date").

2. In accordance with the Local Bankruptcy Rules, any responses to the Motion shall be extended until fourteen days prior to the New Hearing Date and any replies shall be extended to seven days prior to the New Hearing Date.

**CHAPTER 7 TRUSTEE**

Dated:  May 28, 2025

/s/ Lynda T. Bui
Lynda T. Bui
Chapter 7 Trustee for the Bankruptcy Estate of Tammi Jean Ford and Barry James Ford

**MCCARTHY & HOLTHUS, LLP**

Dated: May 28, 2025

JaVonne M. Phillips, Esq.
Kristin A. Schuler-Hintz, Esq.
Attorney for the Movant, Cenlar FSB as Servicer for United Wholesale Mortgage, LLC

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

3

Stipulation Continue Hrg Barry and Tammi Ford v2.docx
23085-000\95

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3550 Vine Street, Ste. 210, Riverside, CA 92507**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 28, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lynda T. Bui (TR)**    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
- **Kristin A Schuler-Hintz**    bknotice@mccarthyholthus.com, Khintz@ecf.inforuptcy.com;Khintz@mccarthyholthus.com;Khintz@ecf.courtdrive.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 28, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Barry James Ford
29378 Old Wrangler Rd.
Canyon Lake, CA 92587

Tammi Jean Ford
29378 Old Wrangler Rd.
Canyon Lake, CA 92587

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 28, 2025** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy via personal delivery: Hon Scott H. Yun, 3420 Twelfth Street, Suite 345, Riverside, CA 92501**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/28/25 | Tonia Wooten | /s/ Tonia Wooten |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.